FILED

07 DEC 19 PM 3:06

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [handwritten initials] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EDUARDO MARTINEZ-VALDEZ, Defendant. | ) ) ) ) ) ) ) ) ) ) | Criminal Case No. '07 CR 3401 L<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Eduardo Martinez-Valdez, Criminal Case No. 07CR3070-L.

DATED: December 19, 2007.

KAREN P. HEWITT
United States Attorney

[signature]

JOSEPH J.M. ORABONA
Assistant U.S. Attorney