KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant U.S. Attorney
California State Bar No. 223317
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7736
Facsimile: (619) 235-2757
Email: joseph.orabona@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDUARDO MARTINEZ-VALDEZ,<br>Defendant. | Criminal Case No. 07CR3401-L<br><br>Date: February 11, 2008<br>Time: 2:00 p.m.<br><br>The Honorable M. James Lorenz<br><br>**UNITED STATES' NOTICE OF MOTIONS AND AMENDED MOTIONS FOR**<br><br>**1) FINGERPRINT EXEMPLARS;**<br>**2) RECIPROCAL DISCOVERY; AND**<br>**2) LEAVE TO FILE FURTHER MOTIONS** |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Joseph J.M. Orabona, Assistant United States Attorney, hereby files its Notice of Motions and Amended Motions for Reciprocal Discovery, Fingerprint Exemplars and Leave to File Further Motions. These motions are based on the files and records of this case, together with the attached statement of facts.

/ /

/ /

/ /

**I**

**STATEMENT OF THE CASE**

On December 19, 2007, a federal grand jury in the Southern District of California returned a one-count Indictment charging Defendant with being a deported alien found in the United States, in violation of 8 U.S.C. § 1326 (a) and (b). On December 20, 2007, Defendant was arraigned on the Indictment and pled not guilty. The Court set a motion hearing and trial setting for January 7, 2008. On January 3, 2008, Defendant filed a discovery motion and the United States filed its response and motions for discovery. On January 7, 2008, the Court continued the motion hearing and trial setting to February 11, 2008. As such, the United States files its amended (and renewed) motions for fingerprint exemplars, reciprocal discovery, and leave to file further motions.

**II**

**STATEMENT OF FACTS**

**A. <u>OFFENSE CONDUCT</u>**

On April 23, 2007, at approximately 11:20 a.m., Border Patrol Agents ("BPA") were conducting operations east of Tocayo and south of Interstate 5 near Dairy Mart Road in San Diego, California. BPA encountered Defendant and performed a field interview. Defendant, freely identified himself as "Eduardo Martinez-Valdez," and admitted that he was a citizen and national of Mexico. Defendant also freely admitted that he did not possess documentation that would allow him to legally enter or remain in the United States. Defendant was arrested and transported to a border patrol station for processing.

A routine records check revealed that Defendant is a citizen and national of Mexico, and that defendant subsequently was lawfully excluded, deported, and removed from the United States to Mexico on one prior occasion pursuant to an order issued by an immigration judge on January 19, 2005. The records check also revealed that Defendant was in violation of his state parole and, therefore, Defendant was turned over to state authorities. On October 10, 2007, Defendant was released from state prison and referred to the custody of Immigration Customs Enforcement Agents pursuant to a lawful detainer lodged at the time of Defendant's arrest.

/ /

/ /

**B. <u>DEFENDANT'S CRIMINAL HISTORY</u>**

Defendant has an extensive criminal history, and the United States, propounds that Defendant has thirteen criminal history points placing him in Criminal History Category VI. On February 20, 2002, Defendant was convicted of misdemeanor vehicle theft, in violation of California Vehicle Code § 10851(a), and received a sentence of 90-days jail and 3 years probation.

On July 11, 2002, Defendant was convicted of felony vehicle theft, in violation of California Vehicle Code § 10851(a), and received a sentence of 180-days jail and 4 years probation. On September 30, 2004, Defendant received an additional 8-months custody for violating his probation, relating to his conviction for felony vehicle theft. As such, Defendant received a total sentence of approximately 14-months custody for this conviction.

On February 6, 2003, Defendant was convicted of felony vehicle theft, in violation of California Vehicle Code § 10851(a), and received a sentence of 300-days jail and 5 years probation. On January 22, 2004, Defendant was convicted of a felony for carrying a loaded firearm with a prior felony conviction, in violation of California Penal Code §§ 12031(a)(1) and (a)(2)(A), and received a sentence of 2 years in prison. On April 23, 2007, Defendant returned to state prison to finish his term for violating his parole. As stated above, Defendant was released from prison on October 10, 2007.

The United States ordered additional documents regarding Defendant's felony conviction for carrying a loaded firearm with a prior felony and produced these documents to defense counsel.

**III**

**UNITED STATES' MOTIONS**

**A. <u>MOTION FOR FINGERPRINT EXEMPLARS</u>**

The United States requests that the Court order that Defendant make himself available for fingerprinting by the United States' fingerprint expert. <u>See</u> <u>United States v. Ortiz-Hernandez</u>, 427 F.3d 567, 576-77 (9th Cir. 2005) (Government may have defendant fingerprinted and use criminal and immigration records in Section 1326 prosecution). Identifying physical characteristics, including fingerprints, are not testimonial in nature and the collection and use of such evidence would not violate Defendant's Fifth Amendment right against self-incrimination. <u>United States v. DePalma</u>, 414 F.2d 394, 397 (9th Cir. 1969); <u>see</u> <u>also</u> <u>Schmerber v. California</u>, 384 U.S. 757, 761 (1966) (withdrawal of blood is not testimonial).

**B. MOTION FOR RECIPROCAL DISCOVERY**

The United States hereby requests Defendant deliver all material to which the United States may be entitled under Fed. R. Crim. P. 16(b) and 26.2.

**1. Defendant's Disclosures Under Fed R. Crim. P. 16(b)**

On January 3, 2008, Defendant invoked Fed. R. Crim. P. 16(a) in his discovery motion and the United States has voluntarily complied[1] and will continue to comply with the requirements of Fed. R. Crim. P. 16(a). On January 3, 2008, the United States filed its request for reciprocal discovery. Since Fed. R. Crim. P. 16(b), requiring that reciprocal discovery be provided to the United States, is applicable, the United States hereby renews its request for reciprocal discovery.

The United States hereby requests Defendant permit the United States to inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or make copies of portions thereof, which are within the possession, custody or control of Defendant and which Defendant intends to introduce as evidence in his case-in-chief at trial.

The United States further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of Defendant, which he intends to introduce as evidence-in-chief at the trial, or which was prepared by a witness whom Defendant intends to call as a witness. Because the United States will comply with Defendant's request for delivery of reports of examinations, the United States is entitled to the items listed above under Fed. R. Crim. P. 16(b)(1). The United States requests that the Court issue an order, as it deems necessary, under Fed. R. Crim. P. 16(d)(1) and (2) to ensure the United States receives the discovery to which it is entitled.

**2. Witness Statements Under Fed. R. Crim. P. 26.2**

Fed. R. Crim. P. 26.2 requires the production of prior statements of all witnesses, except a statement made by Defendant. Fed. R. Crim. P. 26.2 requires reciprocal production of statements, in accordance with the Jencks Act.

---

[1] As of the date of this Motion, the United States has produced 144 pages of discovery, one CD-rom, and two tapes of Defendant's prior hearing before an immigration judge. On February 8, 2008, the United States will produce additional discovery based upon defense counsel's review of the A-File on February 6, 2008. As such, the United States has and will continue to comply with its obligations under Brady v. Maryland, 373 U.S. 83 (1963), the Jenks Act (18 U.S.C. §3500 et seq.), and Rule 16 of the Federal Rules of Criminal Procedure.

The timeframe established by Fed. R. Crim. P. 26.2 requires the statement to be provided after the witness has testified. In order to expedite trial proceedings, the United States hereby requests Defendant be ordered to supply all prior statements of defense witnesses by a reasonable date before trial to be set by the Court. Such an order should include any form in which these statements are memorialized, including but not limited to, tape recordings, handwritten or typed notes and/or reports

**C. MOTION FOR LEAVE TO FILE FURTHER MOTIONS**

Should new information or legal issues arise, the United States respectfully requests the opportunity to file such further motions as may be appropriate.

**IV**

**CONCLUSION**

For the foregoing reasons, the United States requests the Court grant the United States' Motions for Fingerprint Exemplars, Reciprocal Discovery and Leave to File Further Motions.

DATED: February 7, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EDUARDO MARTINEZ-VALDEZ, Defendant. | Criminal Case No. 07CR3401-L<br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **THE UNITED STATES' NOTICE OF MOTIONS AND AMENDED MOTIONS FOR FINGERPRINT EXEMPLARS, RECIPROCAL DISCOVERY AND LEAVE TO FILE FURTHER MOTIONS** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Greg Murphy, Esq.
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5008
*Lead Attorneys for Defendant*

A hard copy is being sent to chambers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2008

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney