**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Eduardo Martinez-Valdez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO MARTINEZ-VALDEZ,<br><br>Defendant. | Case No. 07CR3401-L<br><br>DATE: May 6. 2008<br>TIME: 10:00 a.m.<br><br>NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT DUE TO AN INVALID DEPORTATION; |

TO: KAREN P. HEWWIT, UNITED STATES ATTORNEY, AND
JOSEPH J.M. ORABONA, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on May 6, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, the defendant, Eduardo Martinez-Valdez, by and through his attorneys, Gregory T. Murphy and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motion listed below.

**MOTIONS**

Mr. Martinez-Valdez, the defendant in this case, by and through his attorneys, Gregory T. Murphy and Federal Defenders of San Diego, Inc., pursuant to the Amendments to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order dismissing the indictment due to an invalid deportation.

Respectfully submitted,

Dated: April 22, 2008

*s/Gregory T. Murphy*
**GREGORY T. MURPHY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Martinez-Valdez