DATED: April 22, 2008 /s/ Gregory T. Murphy