**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Eduardo Martinez-Valdez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO MARTINEZ-VALDEZ,<br><br>Defendant. | ) | Case No. 07CR3401-L<br><br>DATE: May 6. 2008<br>TIME: 10:00 a.m.<br><br>EXHIBITS IS SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS INDICTMENT DUE TO AN INVALID DEPORTATION CHARGE |

TO: KAREN P. HEWWIT, UNITED STATES ATTORNEY, AND
JOSEPH J.M. ORABONA, ASSISTANT UNITED STATES ATTORNEY:

The defendant, Eduardo Martinez-Valdez, by and through his attorneys, Gregory T. Murphy and Federal Defenders of San Diego, Inc., hereby submitts the attached exhibits fo the Defendant's Notice of Motions and Motions to Dismiss the Indictment Due to an Invalid Deportation.

Respectfully submitted,

Dated: April 22, 2008

*s/Gregory T. Murphy*
**GREGORY T. MURPHY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Martinez-Valdez

**UNITED STATES v. EDUARDO MARTINEZ-VALDEZ**
**07CR3401-MJL**

# LIST OF EXHIBIT


Exhibit A *INS Notice to Appear* . . . . . . . . . . 1-3

Exhibit B *Transcript of INS Hearing* . . . . . . . . . . 4-15

Exhibit C *INS Removal Order* . . . . . . . . . . 16-18

Exhibit D *Jury Instructions* . . . . . . . . . . 19-24