# EXHIBIT A

**U. S. Department of Justice**
Immigration and Naturalization Service

# Notice to Appear

## In removal proceedings under section 240 of the Immigration and Nationality Act

File No: A096 384 141
Case No: [redacted]

In the Matter of:

Respondent: Eduardo MARTINEZ-Valdez AKA: MARTINEZ, EDUARDO; MARTINEZ, EDUARDO VALDEZ currently residing at:

IN ICE CUSTODY ( ) -
(Number, street, city state and ZIP code) (Area code and phone number)

☐ 1. You are an arriving alien.
☒ 2. You are an alien present in the United States who has not been admitted or paroled.
☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

See Continuation Page Made a Part Hereof

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

See Continuation Page Made a Part Hereof

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2) ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
* To be set
(Complete Address of Immigration Court, Including Room Number, if any)

on a date to be set (Date) at a time to be set (Time) to show why you should not be removed from the United States based on the charge(s) set forth above.

Michael J. Toms
Supervisory Special Agent
(Signature and Title of Issuing Officer)

Bakersfield, CA
(City and State)

Date: DEC 2 7 2004

See reverse for important information

2 0059
Form I-862 (Rev. 3/22/99)N

EX. 1

U.S. Department of Justice
Immigration and Naturalization Service

Continuation Page for Form I-862

| Alien's Name | File Number | Date |
|---|---|---|
| Eduardo MARTINEZ-Valdez | Case No: [redacted] A096 384 141 | DEC 27 2004 |

**The Service alleges that you:**

1) You are not a citizen or national of the United States;

2) You are a native of MEXICO and a citizen of MEXICO;

3) You entered the United States at an unknown place on or about January 1992 without inspection;

4) You were not then admitted or paroled after inspection by an Immigration Officer;

5) You were, on January 22, 2004, convicted in the California Superior Court, Monterey County, for the offense of Carrying a Loaded Firearm with Prior, in violation of Section 12031(a)(1).

**On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:**

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act, as amended, in that you are an alien who has been convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

| Signature | Title |
|---|---|
| | Michael J. Toms Supervisory Special Agent Bakersfield, CA |

3 of 3 Pages

# EXHIBIT B

**TAPE ONE**

*Prerecorded advisal of rights:*

THIS IS THE IMMIGRATION COURT AT ELOY ARIZONA
IMMIGRATION JUDGE SEAN H. KEENAN PRESIDING IN A GROUP PROCEEDING
ALL RESPONDENTS ARE APPEARING PRO-SE AT THIS TIME
DETAINED BY THE DEPARTMENT OF HOMELAND SECURITY
THE OFFICIAL COURT INTERPRETER IN THE SPANISH LANGUAGE IS MS. LETICIA LOPEZ

GOOD MORNING GENTLEMEN
THIS IS THE BEGINNING OF YOUR REMOVAL PROCEEDING
THE DEPARTMENT OF HOMELAND SECURITY HAS STARTED THESE REMOVAL PROCEEDINGS AGAINST EACH OF YOU BY FILING A NOTICE TO APPEAR.
YOU SHOULD HAVE ALL RECEIVED A COPY OF THE NOTICE TO APPEAR BEFORE TODAY'S HEARING.
YOU DO NOT HAVE TO HAVE YOUR COPY WITH YOU TODAY, AS I HAVE A COPY IN EACH OF YOUR COURT'S FILES

THE DEPARTMENT OF HOMELAND SECURITY ALLEGES CERTAIN FACTS AND ALLEGATIONS AGAINST YOU IN THAT DOCUMENT: THE GOVERNMENT ALLEGES THAT YOU ARE NOT A CITIZEN OR NATIONAL OF THE UNITED STATES BUT THAT YOU ARE A NATIVE AND CITIZEN OF ANOTHER COUNTRY. THE GOVERNMENT ALLEGES YOU HAVE VIOLATED THE IMMIGRATION LAWS OF THE UNITED STATES

BASED ON THESE FACTS AND ALLEGATIONS AND THE ALLEGED VIOLATIONS OF THE IMMIGRATION LAWS THE GOVERNMENT SEEKS TO REMOVE AND DEPORT YOU FROM THE UNITED STATES. THE PURPOSE OF THIS HEARING IS FOR ME AS THE IMMIGRATION JUDGE TO DETERMINE WHETHER THOSE FACTS ARE TRUE OR NOT. TO DETERMINE IF YOU HAVE VIOLATED THE IMMIGRATION LAWS OF THE UNTIED STATES AS CHARGED.

YOU HAVE CERTAIN RIGHTS IN YOUR REMOVAL PROCEEDING: YOU HAVE THE RIGHT TO BE REPRESENTED BY AN ATTORNEY, BUT THE GOVERNMENT WILL NOT PAY FOR THAT ATTORNEY. YOU SHOULD HAVE ALL RECEIVED A LIST OF FREE LEGAL SERVICES. YOU SHOULD HAVE RECEIVED THIS LIST BEFORE TODAY'S HEARING. THE ATTORNEYS ON THAT LIST ARE IN THIS AREA

THE ATTORNEYS ON THAT LIST WILL REPRESENT YOU FOR FREE. IT IS UP TO YOU TO CONTACT THE ATTORNEYS ON THAT LIST, THAT MAY TAKE YOUR CASE OR REFUSE TO TAKE YOUR CASE. YOU ARE NOT LIMITED TO THE ATTORNEYS ON THAT LIST. YOU CAN TRY TO GET AN ATTORNEY FROM SOMEWHERE ELSE

I AM GOING TO DO YOUR CASES ONE AT A TIME I WILL ASK EACH OF YOU INDIVIDUALLY WHEN I GET TO YOUR CASE WHETHER YOU WANT YOUR CASE POSTPONED TO HIRE AN ATTORNEY. IF YOU WANT YOUR CASE POSTPONED IN ORDER TO GET AN ATTORNEY, OR FOR ANY OTHER REASON, PLEASE TELL ME THAT, AND YOUR CASE WILL BE POSTPONED.

IF YOU ARE HERE FOR THE FIRST TIME, YOU HAVE THE RIGHT TO HAVE YOUR CASE POSTPONED FOR ANY REASON, AND ALL YOU HAVE TO DO IS ASK ME.

IF YOUR CASE CAN BE POSTPONED, AND IT WILL BE.

YOU ALSO HAVE THE RIGHT TO HAVE YOUR CASE HEARD AND DECIDED TODAY.

AT WHICH POINT YOU WOULD GO FORWARD AND REPRESENT YOURSELF TODAY

AND FOR PURPOSES OF TODAY'S HEARING YOU WOULD BE WAIVING YOUR RIGHT TO AN ATTORNEY. IT WILL BE YOUR DECISION WHETHER TO HAVE YOUR CASE HEARD AND DECIDED TODAY, OR POSTPONED FOR ANY REASON.

YOU HAVE THE RIGHT TO DENY THE FACTS AND ALLEGATIONS ALLEGED AGAINST YOU IN THE CHARGING DOCUMENT. YOU HAVE THE RIGHT TO DENY THAT YOU HAVE

VIOLATED THE IMMIGRATION LAWS AS CHARGED IN THE CHARGING DOCUMENT. YOU MAY PRESENT EVIDENCE ON YOUR BEHALF, SUCH AS PAPERS OR DOCUMENTS YOU WANT ME TO LOOK AT. YOU MAY SPEAK OR TESTIFY ON YOUR OWN BEHALF. YOU MAY PRESENT WITNESSES ON YOUR BEHALF, SUCH AS FRIENDS OR FAMILY MEMBERS YOU WANT TO SPEAK FOR YOU AT YOUR HEARING.

THE GOVERNMENT ATTORNEY SEATED AT THE TABLE BEFORE YOU REPRESENTS THE DEPARTMENT OF HOMELAND SECURITY. THE GOVERNMENT ATTORNEY HAS THE SAME RIGHTS.

YOU HAVE THE RIGHT TO OBJECT TO ANY EVIDENCE PRESENTED AGAINST YOU BY THE GOVERNMENT ATTORNEY. YOU HAVE THE RIGHT TO QUESTION ANY WITNESSES PRESENTED AGAINST YOU BY THE GOVERNMENT ATTORNEY
YOU WILL HAVE THE RIGHT TO TELL ME THE COUNTRY YOU WANT TO BE REMOVED AND DEPORTED TO IF NECESSARY.

AT THE END OF YOUR CASE I WILL MAKE A DECISION AND IF YOU DISAGREE WITH THAT DECISION IN ANY WAY YOU WILL HAVE THE RIGHT TO FILE AN APPEAL TO THE BOARD OF IMMIGRATION APPEALS. TO FILE AN APPEAL IS A LEGAL TERM, AND WHAT IT MEANS IS YOU WOULD BE ASKING THE APPELLATE COURT TO REVIEW MY DECISION TO SEE IF I APPLIED THE LAW CORRECTLY TO THE FACTS OF YOUR CASE.

SO AT THE END OF YOUR CASE, YOU WILL HAVE A DECISION TO MAKE. IF YOU AGREE WITH MY DECISION, IF YOU BELIEVE IT IS CORRECT, YOU CAN TELL ME THAT YOU WANT IT TO BE A FINAL ORDER TODAY, WAIVING YOUR RIGHT TO FILE AN APPEAL. IF YOU TELL ME THAT, YOU WILL NOT BE ABLE TO CHANGE YOUR MIND AT A LATER TIME AND FILE AN APPEAL. THE DECISION WOULD BE FINAL TODAY. ALSO, IF YOU ARE ORDERED REMOVED AND DEPORTED AT YOUR HEARING TODAY, AND YOU TELL ME YOU WANT

THE DECISION TO BE FINAL, WAIVING YOUR APPELLATE RIGHTS, THE GOVERNMENT WILL SEEK TO REMOVE AND DEPORT YOU FROM THE UNITED STATES TODAY.

YOUR OTHER CHOICE, IF YOU DISAGREE WITH THE DECISION, IF YOU BELIEVE IT IS WRONG IN ANY WAY, YOU CAN TELL ME YOU WANT TO FILE AN APPEAL. YOU WOULD HAVE 30 DAYS TO FILE AND MAIL THE APPEAL. DURING THAT TIME, YOU WILL NOT BE REMOVED FROM THE US AND IF YOU FILE AND MAIL THE APPEAL TO THE APPELLATE COURT, THE APPELLATE COURT WILL ISSUE A WRITTEN DECISION ON WHETHER I WAS CORRECT OR INCORRECT ON THE DECISION I MADE IN YOUR CASE. YOU WILL NOT BE REMOVED FROM THE US WHILE YOUR APPEAL IS PENDING BEFORE THE APPELLATE COURT.

AT THE END OF YOUR CASE, I WILL ASK EACH OF YOU INDIVIDUALLY WHETHER YOU WANT TO FILE AN APPEAL OR ACCEPT THE DECISION TODAY AS FINAL, WAIVING APPEAL.

IF YOU ARE NOT ELIGIBLE TO REMAIN IN THE UNITED STATES YOU MAY BE ELIGIBLE FOR THE RELIEF OF VOLUNTARY DEPARTURE. THAT MEANS YOU WOULD LEAVE THE US VOLUNTARILY AS OPPOSED TO BEING REMOVED AND DEPORTED. THE BENEFITS OF BEING GRANTED VOLUNTARY DEPARTURE ARE THAT YOU COULD RETURN TO THE US LEGALLY IN THE FUTURE WITHOUT CERTAIN TIME RESTRICTIONS. IF YOU ARE ORDERED REMOVED AND DEPORTED FROM THE UNITED STATES, YOU WILL BE BARRED FOR A MINIMUM OF 10 YEARS FROM RETURNING LEGALLY.

IF YOU ARE ELIGIBLE FOR VOLUNTARY DEPARTURE, I WILL ASK YOU IF YOU HAVE THE AMOUNT OF MONEY TO PAY YOUR OWN WAY BACK TO YOUR OWN COUNTRY. IT IS ALLEGED THE MAJORITY ARE NATIVES AND CITIZENS OF MEXICO. THE COST TO MEXICO FROM THIS LOCATION BY BUS AS I HAVE BEEN TOLD BY GOVERNMENT

ATTORNEYS ON PAST OCCASIONS IS 7 DOLLARS. I WILL EACH OF YOU IF YOU HAVE THAT AMOUNT OF MONEY.

IF YOU DO, I WILL ASK THE GOVERNMENT ATTORNEY THEIR POSITION. IF THE GOVERNMENT ATTORNEY IS NOT OPPOSED TO VOLUNTARY DEPARTURE BEING GRANTED, I WILL GRANT IT TODAY AND YOU CAN RETURN TO MX TODAY. SINCE YOU ARE DETAINED BY THE GOVERNMENT, YOU WOULD NOT BE RELEASED. THE GOVERNMENT WILL ESCORT YOU AND ASSIST YOU TO THE BORDER WITH MEXICO. BUT YOU WOULD STILL BE GRANTED VOLUNTARY DEPARTURE ON YOUR RECORD. IF THE GOVERNMENT ATTORNEY TELLS ME THAT HE OR SHE IS OPPOSED TO VOLUNTARY DEPARTURE BEING GRANTED, AFTER REVIEWING THEIR FILE, AND THE REASON HE COULD BE OPPOSED, OR THAT SHE COULD BE OPPOSED COULD BE BASED ON NEGATIVE INFORMATION IN THEIR FILE. SUCH AS POLICE ARRESTS, CRIMINAL CONVICTIONS, ILLEGAL DRUG USE, NUMEROUS ILLEGAL ENTRIES INTO THE US, OTHER VIOLATIONS OF THE IMMIGRATION LAWS, PRIOR VOLUNTARY RETURNS BY THE GOVERNMENT. OR PRIOR VOLUNTARY DEPARTURE GRANTS BY ANOTHER IJ. OR ANY OTHER REASON, THE GOVERNMENT ATTORNEY BELIEVES HE SHOULD OPPOSED. IF THE GOVERNMENT IS OPPOSED, THEN IT WILL BE YOUR DECISION IF YOU WANT YOUR CASE POSTPONED FOR A VOLUNTARY DEPARTURE HEARING. I CANNOT DO THE HEARING TODAY, BUT I WILL DO IT AS SOON AS POSSIBLE. WHICH COULD BE 1 OR 2 WEEKS IN THE FUTURE. AND THAT WOULD GIVE YOU TIME TO GATHER OR ASSEMBLE POSITIVE INFORMATION SUCH AS FAMILY TIES, CITIZEN CHILDREN, SUPPORTING YOUR FAMILY, PAYING YOUR TAXES, FILING YOUR TAX RETURNS, OR WHATEVER OTHER POSITIVE INFORMATION YOU WANT TO PRESENT.

AT YOUR POSTPONED HEARING I WOULD LOOK AT ALL THE POSITIVE INFORMATION YOU WOULD PRESENT, AND WEIGH IT AGAINST THE NEGATIVE INFORMATION THE GOVERNMENT PRESENTS. THEN I WOULD MAKE A DECISION ON WHETHER YOU

SHOULD BE GRANTED VOLUNTARY DEPARTURE OR NOT. ALSO, IF YOU APPLY FOR VOLUNTARY DEPARTURE, YOU WOULD BE WAIVING ALL YOUR APPELLATE RIGHTS, AND IF VOLUNTARY DEPARTURE IS DENIED, YOU WOULD HAVE NO RIGHT TO FILE AN APPEAL. ALSO, YOU WOULD BE UNABLE TO APPLY FOR ANY OTHER RELIEF, BUT VOLUNTARY DEPARTURE.

GENTLEMEN, THOSE ARE YOUR LEGAL RIGHTS IN YOUR REMOVAL PROCEEDING. I WILL ASK EACH OF YOU INDIVIDUALLY, WHEN I GET TO YOUR CASE, WHETHER YOU UNDERSTOOD THE LEGAL RIGHTS I EXPLAINED TO YOU.

*Recording ends. Immigration Judge Speaking Live*:

IJ: WE'RE BACK ON THE RECORD. THAT WAS A PRERECORDED PRESENTATION OF THE RIGHTS PRESENTED TO THE GROUP OF RESPONDENTS ON TODAY'S DATE OF JANUARY 19, 2005. 12 GENTLEMEN IN THE GROUP PROCEEDING TODAY. THE GOVERNMENT IS REPRESENTED BY ASSISTANT CHIEF COUNSEL, MS. LINDA SPENCER WALTERS. THE CONTRACT INTERPRETER FOR THE REMAINDER OF THE PROCEEDING MR. ART BOURQUEZ.

RAISE YOUR RIGHT HAND MR. BOURQUEZ, DO YOU SWEAR THAT YOUR TRANSLATION FROM ENGLISH TO SPANISH BACK TO ENGLISH BE TRUE AND ACCURATE E TO THE BEST OF YOUR ABILITY?

MR. BOURQUEZ: YES YOUR HONOR.

IJ: AT THIS TIME, MR. BOURQUEZ WOULD YOU PLEASE READ THE RESPONDENT'S NAME AND FILE NUMBER INTO THE RECORD?

*NAMES AND A NUMBERS OF TWELVE RESPONDENTS READ INTO RECORD.*

IJ: GOOD MORNING GENTLEMEN. I SHOW YOU THE LIST OF FREE LEGAL SERVICES. PLEASE RAISE YOUR HAND IF YOU DID NOT GET THAT LIST. LET THE RECORD REFLECT NO ONE RAISED A HAND.

GENTLEMEN, I ALSO SHOW YOU A FORM EXPLAINING YOUR APPELLATE RIGHTS IN DETAIL. PLEASE RAISE YOUR HAND IF YOU DID NOT RECEIVE THAT FORM. LET THE RECORD REFLECT THAT NO ONE RAISED THEIR HAND TO EITHER QUESTION.. EVERYONE HAS ACKNOWLEDGED RECEIPT OF BOTH DOCUMENTS.

GENTLEMEN, I AM GOING TO ASK YOU A NUMBER OF QUESTIONS REGARDING YOUR CASE. IF YOU DO NOT UNDERSTAND ANY QUESTION, PLEASE ASK ME TO REPEAT IT AND I WILL TRY TO EXPLAIN IT BETTER.

*ADMINISTERS OATH.*

**TAPE TWO**

IJ: GOOD MORNING SIR, WHAT IS YOUR NAME?
MARTINEZ: **EDUARDO MARTINEZ-VALDEZ**
IJ: DID YOU RECEIVE A COPY OF THE NTA ?
MARTINEZ: YES.
IJ: THAT'S EXHIBIT ONE. DID YOU UNDERSTAND THE LEGAL RIGHTS I EXPLAINED TO YOU THIS MORNING.?
MARTINEZ: YES.
IJ: AND DO YOU WANT YOUR CASE POSTPONED TO TRY TO GET AN ATTORNEY OR DO YOU WANT YOUR CASE DECIDED TODAY?
MARTINEZ: TODAY.
IJ: ARE YOU A CITIZEN OR NATIONAL OF THE US?

MARTINEZ: NO.

IJ: IS IT TRUE YOU ARE A NATIVE AND CITIZEN OF MEXICO?

MARTINEZ: YES.

IJ: IS IT TRUE YOU ENTERED THE UNITED STATES THROUGH AN UNKNOWN PLACE IN JANUARY 1992?

MARTINEZ: YES.

IJ: IS IT TRUE AT THAT TIME YOU ENTERED INTO THE UNITED STATES WITHOUT BEING INSPECTED BY THE IMMIGRATION SERVICE?

MARTINEZ: YES.

IJ (*addressing government counsel*): IS IT CORRECT --YOU WANT TO STRIKE FIVE?

GOVERNMENT ATTORNEY: YES.

IJ: THE GOVERNMENT IS WITHDRAWING THE ALLEGED CONVICTION FOR THE FIREARM. WHILE THAT CERTAINLY IS A SERIOUS OFFENSE, IT MAY NOT BE A CRIME INVOLVING MORAL TURPITUDE.

IJ: THE GOVERNMENT SEEKS TO REMOVE AND DEPORT YOU FROM THE UNITED STATES BECAUSE THEY ALLEGE YOU ENTERED INTO THE US ILLEGALLY WITHOUT INSPECTION. DO YOU UNDERSTAND THAT REASON?

MARTINEZ: YES

IJ: DO YOU AGREE THAT'S THE CORRECT REASON YOU CAN BE REMOVED FROM THE UNITED STATES?

MARTINEZ: YES

IJ: BASED ON YOUR TESTIMONY I FIND YOU ARE SUBJECT TO REMOVAL AS CHARGED. WHAT COUNTRY DO YOU WANT TO BE REMOVED TO SIR?

MARTINEZ: MEXICO.

IJ: ARE YOU AFRAID TO GO BACK TO MEXICO?

MARTINEZ: NO

IJ: ANY FEAR OF TORTURE BY THE GOVERNMENT?

MARTINEZ: NO

IJ: DO YOU HAVE THE SEVEN DOLLARS FOR THE VOLUNTARY DEPARTURE FEE?
MARTINEZ: NO.
IJ: DO YOU HAVE ANY LEGAL FAMILY MEMBERS IN THE UNITED STATES
MARTINEZ: YES.
IJ: WHO DO YOU HAVE SIR?
MARTINEZ: MY FATHER AND MY MOTHER AND MY SISTER.
IJ: ANYONE ELSE?
MARTINEZ: UNCLES AND COUSINS?
IJ: DID YOUR FATHER EVER FILE A VISA PETITION FOR YOUR TO BECOME A RESIDENT?
MARTINEZ: YES.
IJ: WHAT YEAR?
MARTINEZ: I DON'T REMEMBER. MY PAPERS ARE IN PROCESS RIGHT NOW.
IJ: ALRIGHT. DOES THE GOVERNMENT HAVE ANY EVIDENCE OF A VISA PETITION? HOW MUCH TIME DID YOU SPEND IN JAIL, IF YOU DID?
MARTINEZ: THIS TERM I DID 15 MONTHS.
IJ: WHAT YEAR DID YOUR FATHER FILE THE VISA PETITION, DO YOU RECALL?
MARTINEZ: NO SIR, I DON'T.
IJ: THE GOVERNMENT HAS NO EVIDENCE OF A VISA PETITION. IF YOUR FATHER FILED A VISA PETITION, FIRST IS HE A LAWFUL PERMANENT RESIDENT OR A CITIZEN OF THE US?
MARTINEZ: RESIDENT.
IJ: IF HE FILED A VISA PETITION MANY YEARS AGO, YOU COULD BE ELIGIBLE FOR ADJUSTMENT OF STATUS. HOW OLD ARE YOU TODAY?
MARTINEZ: 21
IJ: ARE YOU MARRIED OR SINGLE?
MARTINEZ: SINGLE.
IJ: DO YOU WANT YOUR CASE POSTPONED TO TRY TO INVESTIGATE AND TRY TO

FIND A VISA PETITION?

MARTINEZ: NO.

IJ: IF YOUR FATHER FILED A VISA PETITION IF IT IS CURRENT HAS A CURRENT PRIORITY DATE, YOU COULD BE ELIGIBLE TO GET YOUR GREENCARD, YOUR LAWFUL PERMANENT RESIDENT STATUS. DO YOU UNDERSTAND THAT?

MARTINEZ: YES.

IJ: DO YOU WANT YOUR CASE POSTPONED TO INVESTIGATE TO TRY TO FIND THE VISA PETITION, FOR THE GOVERNMENT TO TRY TO RUN THEIR COMPUTER SYSTEM CHECKS TO SEE IF THERE'S A VISA PETITION THERE, TO SEE IF ITS APPROVED?

MARTINEZ: NO.

IJ: DO YOU UNDERSTAND WHAT YOU ARE DOING?

MARTINEZ: YES.

IJ: ANY QUESTIONS?

MARTINEZ: NO

IJ: DO YOU UNDERSTAND IF YOU ARE REMOVED YOU WILL BE REMOVED FOR TEN YEARS?

MARTINEZ: YES

IJ: YOU UNDERSTAND YOU ARE NOT GOING TO BE ELIGIBLE FOR ADJUSTMENT OF STATUS BASED ON THAT?

MARTINEZ: YES

IJ: ANY QUESTIONS?

MARTINEZ: NO

IJ. IT IS ORDERED YOU ARE REMOVED FROM THE UNITED STATES TO MEXICO. DO YOU UNDERSTAND THAT DECISION?

MARTINEZ: YES

IJ: DO YOU WANT TO FILE AN APPEAL IN THIS CASE, SIR, OR DO YOU WANT TO ACCEPT THIS DECISION AS FINAL WAIVING APPEAL?

MARTINEZ: I WAIVE IT.

14

<u>IJ:</u> YOU WAIVE THE APPEAL?

<u>MARTINEZ</u>: YES. I WAIVE IT.

# EXHIBIT C

IMMIGRATION COURT
1705 E. HANNA RD.
ELOY, AZ 85231

In the Matter of

Case No.: A96-384-141

MARTINEZ-VALDEZ, EDUARDO
Respondent

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Jan 19, 2005. This memorandum is solely for the convenience of the parties. If the proceedings should be appealed or reopened, the oral decision will become the official opinion in the case.

[X] The respondent was ordered removed from the United States to Mexico or in the alternative to

[ ] Respondent's application for voluntary departure was denied and respondent was ordered removed to or in the alternative to

[ ] Respondent's application for voluntary departure was granted until upon posting a bond in the amount of $ ______ with an alternate order of removal to

Respondent's application for:

[ ] Asylum was ( ) granted ( ) denied ( ) withdrawn
[ ] Withholding of removal was ( )granted ( ) denied ( ) withdrawn
[ ] A Waiver under Section ____ was ( ) granted ( ) denied ( ) withdrawn
[ ] Cancellation under Section 240A(a) was ( )granted ( )denied ( )withdrawn

Respondent's application for:

[ ] Cancellation under Section 240A(b)(1) was ( ) granted ( ) denied ( ) withdrawn. If granted it is ordered that the respondent be issued all appropriated documents necessary to give effect to this order.
[ ] Cancellation under Section 240A(b)(2) was ( ) granted ( ) denied ( ) withdrawn. If granted it is ordered that the respondent be issued all appropriated documents necessary to give effect to this order.
[ ] Adjustment of Status under Section ____ was ( ) granted ( ) denied ( ) withdrawn. If granted it is ordered that the respondent be issued all appropriated documents necessary to give effect to this order.
[ ] Respondent's application of ( ) withholding of removal ( ) deferral of removal under Article III of the Convention Against Torture was ( ) granted ( ) denied ( ) withdrawn.
[ ] Respondent's status was rescinded under section 246.
[ ] Respondent is admitted to the United States as a ______ until ______.
[ ] As a condition of admission, respondent is to post a $ ______ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper notice.
[ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[ ] Other: ______________________________

Date: Jan 19, 2005

Sean H Keenan
SEAN H. KEENAN
Immigration Judge

VMP

Appeal: Waived/Reserved Appeal Due By:

ALIEN NUMBER: 96-384-141

ALIEN NAME: MARTINEZ-VALDEZ, EDUARDO

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (P)

TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [ ] INS

DATE: 1/19/05 BY: COURT STAFF

Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

Q6

# EXHIBIT D

Judicial Council Of California Criminal Jury Instructions
Fall 2007 Edition

Weapons
B. Possession of Firearm by Person Prohibited

**2510 Possession of Firearm by Person Prohibited Due to Conviction—No Stipulation to Conviction (Pen. Code, §§ 12021(a)–(c) & (e), 12021.1(a), 12001.6)**

The defendant is charged [in Count ____________] with unlawfully possessing a firearm [in violation of ____________ *<insert appropriate code section[s]>*].

To prove that the defendant is guilty of this crime, the People must prove that:

1

The defendant (owned/purchased/received/possessed) a firearm;

2

The defendant knew that (he/she) (owned/purchased/received/possessed) the firearm;

[AND]

3

The defendant had previously been convicted of (a felony/two offenses of brandishing a firearm/the crime of ____________ *<insert misdemeanor offense from Pen. Code, § 12021(c) or Pen. Code, § 12001.6(a), (b), or (d), or a juvenile finding from Pen. Code, § 12021(e)>*)(;/.)

[AND]

*<Alternative 4A—give only if the defendant is charged under Pen. Code, § 12021(c).>*

[4

The previous conviction was within 10 years of the date the defendant possessed the firearm.]

*<Alternative 4B—give only if the defendant is charged under Pen. Code, § 12021(e).>*

[4

The defendant was under 30 years old at the time (he/she) possessed the firearm.]

[A *firearm* is any device designed to be used as a weapon, from which a projectile is expelled or discharged through a barrel by the force of an explosion or other form of combustion.]

[The term *firearm* is defined in another instruction.]

[A firearm does not need to be in working order if it was designed to shoot and appears capable of shooting.]

[A *juvenile court finding* is the same as a conviction.]

[A conviction of ____________ *<insert name of offense from other state or federal offense>* is the same as a

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

conviction for a felony.]

[Two or more people may possess something at the same time.]

[A person does not have to actually hold or touch something to possess it. It is enough if the person has (control over it/[or] the right to control it), either personally or through another person.]

[You may consider evidence, if any, that the defendant was previously convicted of a crime only in deciding whether the People have proved this element of the crime [or for the limited purpose of ____________*<insert other permitted purpose, e.g., assessing defendant's credibility>*]. Do not consider such evidence for any other purpose.]

[The People allege that the defendant (owned/purchased/received/possessed) the following firearms: ____________*<insert description of each firearm when multiple firearms alleged>*. You may not find the defendant guilty unless all of you agree that the People have proved that the defendant (owned/purchased/received/possessed) at least one of the firearms, and you all agree on which firearm (he/she) (owned/purchased/received/possessed).]

*<Defense: Momentary Possession>*

[If you conclude that the defendant possessed a firearm, that possession was not unlawful if the defendant can prove the defense of momentary possession. In order to establish this defense, the defendant must prove that:

1

(He/She) possessed the firearm only for a momentary or transitory period;

2

(He/She) possessed the firearm in order to (abandon[,]/[or] dispose of[,]/[or] destroy) it;

AND

3

(He/She) did not intend to prevent law enforcement officials from seizing the firearm.

The defendant has the burden of proving each element of this defense by a preponderance of the evidence. This is a different standard of proof than proof beyond a reasonable doubt. To meet the burden of proof by a preponderance of the evidence, the defendant must prove that it is more likely than not that each element of the defense is true.]

*<Defense: Justifiable Possession>*

[If you conclude that the defendant possessed a firearm, that possession was not unlawful if the defendant can prove that (he/she) was justified in possessing the firearm. In order to establish this defense, the defendant must prove that:

1

(He/She) (found the firearm/took the firearm from a person who was committing a crime against the defendant);

[AND]

2

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Judicial Council Of California Criminal Jury Instructions
Fall 2007 Edition

Weapons
C. Carrying A Firearm
(ii) Loaded

**2530 Carrying Loaded Firearm (Pen. Code, § 12031(a))**

The defendant is charged [in Count ____________] with unlawfully carrying a loaded firearm (on (his/her) person/in a vehicle) [in violation of Penal Code section 12031(a)].

To prove that the defendant is guilty of this crime, the People must prove that:

1

The defendant carried a loaded firearm (on (his/her) person/in a vehicle);

2

The defendant knew that (he/she) was carrying a firearm;

AND

3

At that time, the defendant was in a public place or on a public street in (an incorporated city/in an unincorporated area where it was unlawful to discharge a firearm).

[A *firearm* is any device designed to be used as a weapon, from which a projectile is expelled or discharged through a barrel by the force of any explosion or other form of combustion. [A *firearm* also includes any rocket, rocket-propelled projectile launcher, or similar device containing any explosive or incendiary material, whether or not the device is designed for emergency or distress signaling purposes.]]

[The term *firearm* is defined in another instruction.]

As used here, a firearm is *loaded* if there is an unexpended cartridge or shell in the firing chamber or in either a magazine or clip attached to the firearm. An *unexpended cartridge or shell* consists of a case that holds a charge of powder and a bullet or shot. [A *muzzle-loader firearm is loaded* when it is capped or primed and has a powder charge and ball or shot in the barrel or cylinder.]

[A firearm does not need to be in working order if it was designed to shoot and appears capable of shooting.]

[____________*<insert location>* is (an incorporated city/in an unincorporated area where it is unlawful to discharge a firearm).]

*<Defense: Statutory Exemption>*

[The defendant did not unlawfully carry a loaded firearm if ____________*<insert defense from Pen. Code,*



© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

*§ 12031(b), (h)–(l)*>. The People have the burden of proving beyond a reasonable doubt that the defendant unlawfully carried a loaded firearm. If the People have not met this burden, you must find the defendant not guilty of this crime.]

*New January 2006*

**BENCH NOTES**

***Instructional Duty***

The court has a **sua sponte** duty to give this instruction defining the elements of the crime. If the defendant is charged with any of the sentencing factors in Penal Code section 12031(a)(2), the court must also give the appropriate instruction from CALCRIM Nos. 2540– 2546. (See People v. Hall (1998) 67 Cal.App.4th 128, 135 [79 Cal.Rptr.2d 690].)

The court should give the bracketed definition of "firearm" unless the court has already given the definition in other instructions. In such cases, the court may give the bracketed sentence stating that the term is defined elsewhere.

***Defenses—Instructional Duty***

Exemptions and a justification for carrying a loaded firearm are stated in Penal Code section 12031(b) and (h) to *(l)*. If the defense presents sufficient evidence to raise a reasonable doubt about the existence of a legal basis for the defendant's actions, the court has a **sua sponte** duty to give the bracketed instruction on the defense. (See People v. Mower (2002) 28 Cal.4th 457, 478–481 [122 Cal.Rptr.2d 326, 49 P.3d 1067] [discussing affirmative defenses generally and the burden of proof].) Insert the appropriate language in the bracketed paragraph that begins, "The defendant did not unlawfully .... "

***Related Instructions***

CALCRIM No. 2540, Carrying Firearm: Specified Convictions.

CALCRIM No. 2541, Carrying Firearm: Stolen Firearm.

CALCRIM No. 2542, Carrying Firearm: Active Participant in Criminal Street Gang.

CALCRIM No. 2543, Carrying Firearm: Not in Lawful Possession.

CALCRIM No. 2544, Carrying Firearm: Possession of Firearm Prohibited Due to Conviction, Court Order, or Mental Illness.

CALCRIM No. 2545, Carrying Firearm: Not Registered Owner.

CALCRIM No. 2546, Carrying Concealed Firearm: Not Registered Owner and Weapon Loaded.

**AUTHORITY**

- Elements. Pen. Code, § 12031(a).
- Firearm Defined. Pen. Code, § 12001.
- Knowledge of Presence of Weapon Required. See People v. Rubalcava (2000) 23 Cal.4th 322, 331–332

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Judicial Council Of California Criminal Jury Instructions
Fall 2007 Edition

Weapons
C. Carrying A Firearm
(iii) Sentencing Factors

**2540 Carrying Firearm: Specified Convictions (Pen. Code, §§ 12025(b)(1), (5), 12031(a)(2)(A), (E))**

If you find the defendant guilty of unlawfully (carrying a concealed firearm (on (his/her) person/within a vehicle)[,]/causing a firearm to be carried concealed within a vehicle[,]/[or] carrying a loaded firearm) [under Count[s] ____________], you must then decide whether the People have proved the additional allegation that (he/she) was previously convicted of (a felony/the crime[s] of ____________<*insert one or more weapons offenses punishable as a felony, crimes against the person or property, or narcotics and dangerous drug violations*>). It has already been determined that the defendant is the person named in exhibits ____________<*insert numbers or descriptions of exhibits*>. You must decide whether the evidence proves that the defendant was convicted of the alleged crime[s].

The People allege that the defendant has been convicted of:
[1.]
A violation of ____________<*insert code section alleged*>, on ____________<*insert date of conviction*>, in the ____________<*insert name of court*>, in Case Number ____________<*insert docket or case number*>(;/.)

[AND <*Repeat for each prior conviction alleged*>.]

[A conviction of ____________<*insert name of offense from other state or federal offense*> is the same as a conviction for a felony.]

[Consider the evidence presented on this allegation only when deciding whether the defendant was previously convicted of the crime[s] alleged [or for the limited purpose of ____________<*insert other permitted purpose, e.g., assessing credibility of the defendant*>]. Do not consider this evidence for any other purpose.]

[You must consider each alleged conviction separately.] The People have the burden of proving this allegation beyond a reasonable doubt. If the People have not met this burden [for any alleged conviction], you must find that the alleged conviction has not been proved.
*New January 2006*

**BENCH NOTES**

***Instructional Duty***

The court has a **sua sponte** duty to give this instruction defining the elements of the sentencing factor. (People v. Hall (1998) 67 Cal.App.4th 128, 135 [79 Cal.Rptr.2d 690].)

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.