**GREGORY T. MURPHY**
California Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Gregory_Murphy@fd.org

Attorneys for Mr. Martinez-Valdez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**EDUARDO MARTINEZ-VALDEZ**<br><br>Defendant. | CASE NO.: 07CR3401-L-01<br>DATE: May 6, 2008<br>TIME: 10:00 a.m.<br><br><u>NOTICE OF MOTIONS AND MOTIONS IN LIMINE TO:</u><br>1) PRECLUDE THE CERTIFICATE OF NONEXISTENCE OF RECORD;<br>2) PRECLUDE ANY EVIDENCE UNDER FEDERAL RULES OF EVIDENCE 404(B) AND 609;<br>3) PRECLUDE EXPERT TESTIMONY;<br>4) PRECLUDE ADMISSION OF DOCUMENTS NOT PRODUCED IN DISCOVERY;<br>5) PRECLUDE THE A-FILE CUSTODIAN FROM TESTIFYING ABOUT IMMIGRATION PROCEEDINGS;<br>6) EXCLUDE THE A-FILE CUSTODIAN;<br>7) PROHIBIT THE WITNESSES FROM REFERRING TO MR. MARTINEZ-VALDEZ AS "THE ALIEN"; AND<br>8) PRECLUDE SENDING THE INDICTMENT INTO THE JURY ROOM DURING DELIBERATIONS. |

**TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND JOSEPH J.M. ORABONA, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on May 6, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, defendant, Eduardo Martinez-Valdez, by and through his attorneys, Gregory T. Murphy and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions in limine.

**MOTIONS**

Defendant, Eduardo Martinez-Valdez, by and through his attorneys, Gregory T. Murphy and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, and all other applicable statutes, case law, and local rules for an order to:

1) Preclude the certificate of nonexistence of record;

2) Preclude any evidence under Federal Rules of Evidence 404(b) and 609;

3) Preclude expert testimony;

4) Preclude admission of documents not produced in discovery;

5) Preclude the a-file custodian from testifying about immigration proceedings;

6) Exclude the a-file custodian;

7) Prohibit the witnesses from referring to Mr. Martinez-Valdez as "the alien"; and

8) Preclude sending the indictment into the jury room during deliberations.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: April 22, 2008

*s/ Gregory T. Murphy*
**GREGORY T. MURPHY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Martinez-Valdez