UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

EDUARDO MARTINEZ-VALDEZ, Defendant.

Criminal Case No. 07CR3401-L

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Motions and Motions <u>In</u> <u>Limine</u>** To (1) Exclude All Witnesses Except The Case Agent; (2) Admit A-File Documents And Testimony; (3) Admit Certificate Of Non-Existence; (4) Admit Audiotape And Transcript Of Deportation Hearing; (5) Admit Expert Testimony; (6) Admit 404(b) Evidence; and (7) Admit 609 Evidence; together with the separately captioned Statement of Facts and Memorandum of Points and Authorities on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Gregory Murphy
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5030
Tel: (619) 234-8467
Email: gregory.murphy@fd.org
*Lead Attorney for Defendant*

A hardcopy will be delivered to chambers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2008.

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney