KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant U.S. Attorney
California State Bar No. 223317
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7736
Facsimile: (619) 235-2757
Email: joseph.orabona@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO MARTINEZ-VALDEZ,<br><br>Defendant. | Criminal Case No. 07CR3401-L<br><br>Date: May 6, 2008<br>Time: 10:00 a.m.<br><br>The Honorable M. James Lorenz<br><br>**UNITED STATES' NOTICE OF MOTIONS AND MOTIONS <u>IN</u> <u>LIMINE</u> TO:**<br><br>**(1) PROHIBIT COLLATERAL ATTACK OF DEFENDANT'S DEPORTATION;**<br>**(2) PROHIBIT REFERENCE TO WHY DEFENDANT REENTERED THE UNITED STATES;**<br>**(3) PROHIBIT REFERENCE TO PRIOR RESIDENCY;**<br>**(4) PROHIBIT REFERENCE TO DOCUMENT DESTRUCTION; AND**<br>**(5) PRECLUDE EXPERT TESTIMONY BY DEFENSE** |

PLEASE TAKE NOTICE that on May 6, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Joseph J.M. Orabona, Assistant United States Attorney, will move the Court to enter an order granting the following motions <u>in</u> <u>limine</u>.

/ /

/ /

/ /

**MOTIONS IN LIMINE**

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Joseph J.M. Orabona, Assistant United States Attorney, hereby moves this Court for an order granting the following motions in limine to:

1. Prohibit Collateral Attack Of Deportation;
2. Prohibit Reference To Why Defendant Reentered The United States;
3. Prohibit Reference To Prior Residency;
4. Prohibit Reference To Document Destruction; and
5. Preclude Expert Testimony By Defense;

The motions in limine noted above are based on the files and records of this case, together with the a separately captioned statement of facts and memorandum of points and authorities.

DATED: April 22, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney