KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant United States Attorney
California State Bar No. 223317
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7736
Email: joseph.orabona@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDUARDO MARTINEZ-VALDEZ,<br>Defendant. | Criminal Case No. 07CR3401-L<br><br>Date: May 13, 2008<br>Time: 2:00 p.m.<br><br>The Honorable M. James Lorenz<br><br>**JOINT MOTION TO CONTINUE TRIAL DATE** |

IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES that the Trial Date in the above-mentioned case, currently scheduled for May 13, 2008 at 2:00 p.m., be continued until May 20, 2008 at 9:00 a.m. Defendant is in custody. Motions are pending, and therefore, the parties agree that the time between now and May 20, 2008 is excludable under the Speedy Trial Act.

SO STIPULATED.

Dated: April 28, 2008

s/ Joseph J.M. Orabona
JOSEPH J.M. ORABONA
Assistant United States Attorney

Dated: April 28, 2008

s/ Gregory Murphy
GREGORY MURPHY
Attorney for Defendant