UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EDUARDO MARTINEZ-VALDEZ, Defendant. | Criminal Case No. 07CR3401-L<br>Date: May 13, 2008<br>Time: 2:00 p.m.<br>The Honorable M. James Lorenz<br>**ORDER** |

IT IS HEREBY ORDERED that the Trial Date in the above-mentioned case, currently scheduled for May 13, 2008 at 2:00 p.m., be continued until May 20, 2008 at 9:00 a.m. The time between now and May 20, 2008 is excluded.

IT IS SO ORDERED.

DATED: May 5, 2008

M. James Lorenz
United States District Court Judge