**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Eduardo Martinez-Valdez

FILED
MAY 0 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDUARDO MARTINEZ-VALDEZ,<br>Defendant. | Case No. 07CR3401-L<br><br>DECLARATION OF EDUARDO MARTINEZ-VALDEZ |

I, Eduardo Martinez-Valdez, declare as follows:

1. Had I been granted voluntary departure in 2005, I would have been able to obtain the seven dollars necessary to pay for the bus trip to Mexico.
2. My family put money on my "books" throughout my time in custody. I know they would have wired me seven dollars if they had known it would help me reenter the United States legally in the future.
3. Also, it is routine for inmates to borrow or lend small amounts of money to other inmates. I could have obtained the seven dollars immediately from acquaintances who were held in immigration detention with me.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and memory. Signed in San Diego, California on May 6, 2008.

Eduardo Martinez-Valdez