UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EDUARDO MARTINEZ-VALDEZ, Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 07CR3401-L **CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, JOSEPH J.M. ORABONA, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of THE UNITED STATES' PROPOSED JURY INSTRUCTIONS on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Gregory Murphy
   Federal Defenders of San Diego, Inc.
   225 Broadway, Suite 900
   San Diego, California 92101
   Tel: (619) 234-8467
   Email: gregory_murphy@fd.org
   *Lead Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2008.

s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney