**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Eduardo Martinez-Valdez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDUARDO MARTINEZ-VALDEZ,<br>Defendant. | Case No. 07CR3401-L<br>DATE: May 20, 2008<br>TIME: 9:00 a.m.<br>NOTICE OF MOTION AND MOTION TO SUPPRESS STATEMENTS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
JOSEPH J.M. ORABONA, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on May 20, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the defendant, Eduardo Martinez-Valdez, by and through his attorneys, Gregory T. Murphy and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting his motion to suppress statements. This motion is made pursuant to the Amendments to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules.

Respectfully submitted,

Dated: April 22, 2008

*s/Gregory T. Murphy*
**GREGORY T. MURPHY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Martinez-Valdez