**GREGORY T. MURPHY**
California Bar No. 245505
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. Eduardo Martinez-Valdez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**EDUARDO MARTINEZ-VALDEZ**<br>Defendant. | ) | CASE NO. 07CR3401-L<br><br>Date: May 20, 2008<br>Time: 9:00 a.m.<br><br>DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS |

**1. Burden of Proof.**

A. Has anyone ever heard of the term "the presumption of innocence"? What does this mean to you? In a criminal case, an individual is presumed to be innocent until the government proves them guilty beyond a reasonable doubt. Does anyone feel that is unfair to expect the government to come up with so much proof? Would anyone be unable to keep the burden with the government throughout this trial? Would you expect Mr. Martinez-Valdez to prove he was not guilty?

**2. Not Testifying**

A. What's the first thing you think of when you hear that someone might not testify on their own behalf? Do you think a person on trial who doesn't take the stand and deny the crime is probably guilty? Why? In our culture, we're often taught that to be a fair mediator is to listen to both sides of a story. Is there anyone who feels that they would have to hear from Mr. Martinez-Valdez himself before they could decide whether he was guilty or not guilty? If Mr. Martinez-Valdez chooses not to testify, you are not allowed to hold that against him. Is there anyone who would have a problem with that?

**3. Immigration/Law Enforcement Contact**

A. Has anyone ever worked for the Immigration and Naturalization Service or the Department of Homeland Security?

B. Many of the government's witnesses will likely be law enforcement personnel. Is there anyone on the panel who might have trouble evaluating those witnesses' testimony the same as all other witnesses? Is there anyone who would tend to give more weight to the testimony simply because they are law enforcement personnel?

C. Has anyone ever helped someone get legal status to be here or gone through that process yourself? Does anything about these experiences make it so you would not be a fair and impartial juror in this type of case?

**4. Opinion on Immigration**

A. All of us live in the San Diego area. Many of you have probably lived here for many years. Surely you have an opinion on the issue of immigration since it affects all of our lives here in this area. Do you believe our politicians are doing a good job with dealing with the immigration issue? Are the immigration laws too strict? Is the border patrol doing a good job of enforcing the nation's immigration laws?

B. Obviously, however you feel about immigration, it is true that many immigrants live in the US. How do you feel about someone who is NOT a U.S. citizen having the right to a trial? Do you believe that all people in the US, despite their origins, deserve a fair trial?

**5. Different From Immigration Court**

A. Has anyone ever appeared in immigration court for any reason at all? Do you understand that this court's function is different from an immigration court's? Do you understand that at the end of this case, you will not be deciding whether Mr. Martinez-Valdez gets to stay in the US? Do you understand that at the end of this case, what happens to Mr. Martinez-Valdez's immigration status will be a matter for an immigration court and not a criminal court?

/ / /

/ / /

/ / /

/ / /

/ / /

**6. Miscellaneous**

A. Do you know of any other reason, or has anything occurred during this questioning period, that might make you doubtful as to whether you could be a completely fair and impartial juror in this case?

Respectfully submitted,

/s/ Gregory T. Murphy

Dated: May 19, 2008

**GREGORY T. MURPHY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Martinez-Valdez