MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA VS EDUARDO MARTINEZ-VALDEZ (1)

X Plaintiff ___ Defendant ___ Court Type of Hearing: JURY TRIAL

Case Number: 07CR3401-L

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | 5/20/2008 | 5/20/2008 | GOOGLE EARTH MAP OF THE IMPERIAL BEACH AREA |
| 2 | 5/20/2008 | 5/20/2008 | MARTINEZ-VALDEZ APPREHENSION AREA MAP |
| 3 | 5/20/2008 | 5/20/2008 | PHOTOGRAPH TAKEN BY AGENT CASILLAS OF “EAST SMUGGLERS” |
| 4 | 5/20/2008 | 5/20/2008 | PHOTOGRAPH TAKEN BY AGENT CASILLAS OF “FIVE FINGERS” |
| 5 | 5/20/2008 | 5/20/2008 | PHOTOGRAPH TAKEN BY AGENT CASILLAS OF “FIVE FINGERS” TRAIL |
| 6 | 5/20/2008 | 5/20/2008 | PHOTOGRAPH TAKEN BY AGENT CASILLAS OF “FIVE FINGERS” CREEK/BRUSH |
| 7 | 5/20/2008 | 5/20/2008 | PHOTOGRAPH TAKEN BY AGENT CASILLAS OF “FIVE FINGERS” FENCE |
| 8 | 5/20/2008 | 5/20/2008 | IMMIGRATION ORDER DATED JANUARY 19, 2005 |
| 9 | 5/20/2008 | 5/20/2008 | WARRANT OF REMOVAL DATED JANUARY 19, 2005 |
| 10 | 5/20/2008 | | FINGERPRINT CARD DATED OCTOBER 10, 2007 |
| 10A | 5/20/2008 | 5/20/2008 | FINGERPRINT CARD REDACTED DATED OCTOBER 10, 2007 |
| 11 | 5/20/2008 | 5/20/2008 | STIPULATION REGARDING FINGERPRINTS |
| 12 | 5/20/2008 | 5/20/2008 | CERTIFICATE OF NONEXISTENCE OF RECORDS |
| 20 | 5/20/2008 | | I-214 FORM |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |