FILED
MAY 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. EDUARDO MARTINEZ-VALDEZ (1), Defendant. | CASE NO. 07CR3401-L<br><br>**VERDICT** |

We the jury in the above entitled cause find the defendant Eduardo Martinez-Valdez,

guilty of the offense of deported alien found in the United States as charged in Count 1 of the Indictment.

If you find the defendant not guilty of Count 1 of Indictment, disregard the following question and proceed to date and sign this form below.

If you find the defendant guilty of Count 1 of the Indictment, complete the following (CHECK ONLY ONE):

X We unanimously find that the government has proven beyond a reasonable doubt that the defendant was removed from the United States subsequent to January 22, 2004; or

_____ We do not find or do not unanimously agree that the government has proven beyond a reasonable doubt that the defendant was removed from the United States subsequent to January 22, 2004.

DATED: 05/21/2008

[signature]
Foreperson of the Jury