UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDUARDO MARTINEZ-VALDEZ,<br>Defendant. | ) | Case No. 07CR3401-L<br><br>**ORDER CONTINUING SENTENCING HEARING** |

**IT IS HEREBY ORDERED** that the sentencing hearing set for August 11, 2008, be rescheduled to **Tuesday, September 2, 2008, at 9:00 a.m.**

**IT IS SO ORDERED.**

DATED: August 8, 2008

M. James Lorenz
United States District Court Judge